**No. 11-5108. Bruce McCree, Petitioner v. William A. Sherrod, Warden.**

565 U.S. 890, 132 S. Ct. 269, 181 L. Ed. 2d 158, 2011 U.S. LEXIS 5480.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 408 Fed. Appx. 990.